THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Roscoe N.
 Gatewood, Appellant.
 
 
 

Appeal From Greenville County
Michael G. Nettles, Circuit Court Judge

Unpublished Opinion No.   2009-UP-406
 Submitted September 1, 2009  Filed
September 2, 2009 

APPEAL DISMISSED

 
 
 
 Appellate Defender Lanelle C. Durant, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott,
 all of Columbia; and Solicitor Robert M. Ariail, of Greenville, for Respondent.
 
 
 

PER CURIAM:  Roscoe N.
 Gatewood appeals his guilty plea under North Carolina v. Alford, 400
 U.S. 25 (1970), to assault with the intent to kill and assault of a high and
 aggravated nature.  Gatewood argues the trial court erred by not ensuring his
 plea complied with the mandates set forth in Boykin v. Alabama, 395 U.S.
 238 (1969).  After a thorough
 review of the record and counsel's brief pursuant to Anders v. California,
 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357
 (1991), we dismiss the appeal and grant counsel's motion to be relieved.[1]
APPEAL
 DISMISSED.  
HUFF,
 THOMAS, and PIEPER, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.